FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

13 FEB -7 PM 3:41

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:13cr75T17 TGW

RHONDA YVETTE BROOKS                          18 U.S.C. § 1028A
                                              18 U.S.C. § 1343
                                              18 U.S.C. § 981(a)(1)(C) - Forfeiture
                                              28 U.S.C. § 2461(c) - Forfeiture

## INFORMATION

The United States Attorney charges:

### A. Introduction

At all times material to this Information:

1.  RHONDA YVETTE BROOKS was a resident of Plant City in the Middle District of Florida.

2.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States, including the assessment and collection of taxes owed by its citizens and other entities.

### COUNT ONE
(Wire Fraud)

### A. The Scheme

3.  Beginning in or about March 2011, and continuing thereafter, through and including until at least August 2011, in the Middle District of Florida,

## RHONDA YVETTE BROOKS,

defendant herein, with others both known and unknown, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud, for the purpose of obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and did transmit and cause to be transmitted, and aid and abet the transmission, by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing said scheme and artifice to defraud.

### B. Manner and Means of Scheme

4.  It was further part of the scheme to defraud that defendant obtained and caused to be obtained personal identification information for individuals, to which she was not authorized to obtain or to utilize, including names and social security numbers for these individuals.

5.  It was further part of the scheme to defraud that defendant then would and did use that personal identification information, to prepare, and to cause to be prepared, fraudulent federal income tax returns falsely claiming refunds to which she was not entitled.

6.  It was further part of the scheme to defraud that the defendant filed and cause to be filed these false and fraudulent federal income tax returns with the IRS via electronic filing from a computer located at her residence in Plant

City, Florida, to Turbo Tax located in California who in turn submitted the returns to the IRS through the Philadelphia IRS Service Center.

### C. Execution of the Scheme

On or about July 18, 2011, in the Middle District of Florida and elsewhere, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, defendant did cause to be transmitted by means of wire communication in interstate commerce an electronically filed false and fraudulent federal income tax return a 2010 IRS form 1040, in the name of victim J.Z.,

In violation of Title 18, United States Code, Sections 1343 and 2.

### COUNT TWO
### (Aggravated Identity Theft)

On or about July 18, 2011, in the Middle District of Florida, and elsewhere,

RHONDA YVETTE BROOKS,

the defendant herein, did knowingly transfer, possess and use without lawful authority, a means of identification of another person during and in relation to the felony offense of wire fraud, in violation of 18 U.S.C. § 1343, charged in Count One of this Information, by using JZ's name and social security number to file the fraudulent 2010 IRS Form 1040, resulting in a tax refund,

In violation of Title 18, United States Code, Section 1028A.

### FORFEITURE

1.  The allegations contained in Count One of this Information are incorporated by reference for the purpose of alleging forfeitures pursuant to Title

18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c).

2.  Upon conviction of any or all of the violations alleged in Count One of the Information,

RHONDA YVETTE BROOKS,

shall forfeit to the United States all of her right, title, and interest in any property, real or personal, that constitutes or is derived from proceeds traceable to her offenses, including a money judgment in an amount representing the proceeds of her offenses.

3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred, sold to or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

ROBERT E. O'NEILL
United States Attorney

By: _____
KELLEY C. HOWARD-ALLEN
Assistant United States Attorney

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section