UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO.  8:13-CR-75-T-17TGW

RHONDA YVETTE BROOKS.

_____/

ORDER

This cause is before the Court on:

Dkt. 40     Motion for Concurrent Sentence

Defendant Brooks' sentence includes consecutive terms of incarceration as to Count I and Count II of the Information.  (Dkts. 21, 24).   Defendant's Motion for Concurrent Sentence is a request to modify Defendant's sentence.   Under certain circumstances, the Court may modify an imposed term of imprisonment pursuant to 18 U.S.C. Sec. 3582(c); however, none of the circumstances that would permit the Court to modify an imposed term of imprisonment are present in this case.

The Court notes that Defendant Brooks entered into a plea agreement (Dkt. 13) which included a waiver of the right to appeal the sentence, except under limited circumstances.  Defendant Brooks has filed other motions to obtain a reduction of Defendant's sentence, all of which have been denied.  (Dkts. 28, 30, 34, 38). After consideration, the Court denies Defendant Brooks' Motion for Concurrent Sentence. Accordingly, it is

Case No. 8:13-CR-75-T-17TGW

**ORDERED** that Defendant Brooks' Motion for Concurrent Sentence (Dkt. 40) is **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 13th day of June, 2014.



Copies to:
All parties and counsel of record