UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:13-CR-75-T-17TGW

RHONDA YVETTE BROOKS.

_____/

ORDER

This cause is before the Court on:

Dkt. 44   Motion to Modify or Reduce Sentence
Dkt. 45   Motion to Request Time Served For Pretrial Services
Dkt. 46   Motion for Reconsideration

Defendant Brooks was sentenced on May 19, 2013 (Dkts. 21, 24) to a term of incarceration as to Counts One and Two of the Information (18 months as to Count One, 24 months as to Count Two, to run consecutively). The charges included Wire Fraud, 18 U.S.C. Sec. 1343 and 2, and Aggravated Identity Theft (18 U.S.C. Sec. 1028A. Defendant Brooks entered into a Plea Agreement (Dkt. 13). At sentencing, the Court denied Defendant's request for a variance pursuant to 18 U.S.C. Sec. 3553(a)(1)-(7)(Dkt. 23).

Defendant Brooks has previously filed motions for relief as to the sentence imposed, including a Sec. 2255 petition. Defendant's motions have been denied (Dkts. 28, 30, 34, 36, 38, 43).

Dkt. 44   Motion to Modify or Reduce Sentence

Defendant Brooks moves to modify or reduce her sentence pursuant to U.S.S.G. 5H1.6 (Family Ties and Responsibilities (Policy Statement)).

Case No. 8:13-CR-75-T-17TGW

At sentencing, the Court denied any variance based on 18 U.S.C. Sec. 3553(a)(1)(5), "any pertinent policy statement."

After consideration, the Court **denies** Defendant's Motion to Modify or Reduce Sentence.

Dkt. 45   Motion to Request Time Served For Pretrial Services

District courts have no authority to credit time toward a sentence under 18 U.S.C. Sec. 3585(b); the BOP has the sole authority to do so. The Judgment states "The defendant shall receive credit for time served to be calculated by the Bureau of Prisons." (Dkt. 24, p. 2).

After consideration, the Court **denies** Defendant's Motion to Request Time Served for Pretrial Services.

Dkt. 46   Motion for Reconsideration

18 U.S.C. Sec. 3742(e) explains the consideration afforded by a court of appeals in reviewing a sentence.

In the Plea Agreement, Defendant Brooks waived the right to appeal her sentence (Dkt. 13, p. 16).

After consideration, the Court **denies** Defendant's Motion for Reconsideration.

2

Case No. 8:13-CR-75-T-17TGW

Accordingly, it is

ORDERED that Defendant Brooks' Motions (Dkts. 44, 45, 46) are **denied**.

DONE and ORDERED in Chambers, in Tampa, Florida on this 14th day of October, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record